IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Priscilla Soney, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>Bank of America, Direct TV, and )<br>Carolina Pines Regional Medical )<br>Center, )<br>)<br>      Defendants. )<br>_____) | Civil Action No.: 4:10-cv-1841-TLW-TER |

## ORDER

The plaintiff, Priscilla Soney ("plaintiff"), brought this civil action, pro se, on July 15, 2010. (Doc. # 1). The defendants, Bank of America, Direct TV, and Carolina Pines Regional Medical Center ("defendants"), have each filed a motion to dismiss. (Docs. 27, 37, 47). The plaintiff filed responses to these motions. (Docs. 43, 59).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III to whom this case had previously been assigned. (Doc. # 60). In the Report, the Magistrate Judge recommends that the District Court grant the motions to dismiss (Docs. 27, 37, 47) filed by the defendants. (Doc. # 60). The plaintiff filed objections to the Report. (Doc. # 62). In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections . . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a de novo determination of those portions of the report

1

or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the objections. After careful review of the Report and objections thereto, the Court **ACCEPTS** the Report. (Doc. # 60). Therefore, for the reasons articulated by the Magistrate Judge, defendant Bank of America's motion to dismiss (Doc. # 27) is **GRANTED**, defendant Carolina Pines' motion to dismiss (Doc. # 37) is **GRANTED**, defendant Direct TV's motion to dismiss (Doc. # 47) is **GRANTED**, and this case is **DISMISSED** in its entirety.[1] In light of this ruling, all other pending motions are now **MOOT**.

**IT IS SO ORDERED**.

s/Terry L. Wooten<br>United States District Judge

June 17, 2011
Florence, South Carolina

---

[1] Pursuant to 28 U.S.C. § 1367(c), the Court declines to exercise supplemental jurisdiction over any remaining state law claims that the plaintiff may be asserting in this action.